COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 July 30, 2015
 No. 10-14-00307-CR
 CRISTAN DRAYCE WILLIAMS
 v.
 THE STATE OF TEXAS
 
 
 From the County Court at Law No. 2
 Brazos County, Texas
 Trial Court No. 12-02846-CRM-CCL2
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issue raised and finds no reversible error is presented. Accordingly the trial court's judgment, signed on July 31, 2014, is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk